Darwin STATELY, Relator,

v.

RED LAKE BUILDERS and GAB Robins North America, Inc., Respondents,

and

MeritCare Health System, Central Minnesota Neurosciences, Ltd. and Center for Pain Management, P.A., Intervenors.

No. A10–1909.

Supreme Court of Minnesota.

March 1, 2011.

Yuri Jelokov, Rodgers, Garbow & Jelokov, P.L.L.C., Bemidji, MN, for relator.

Michael Forde, Andrew M. Grimsrud, Aafedt, Gray, Monson & Hager, P.A., Minneapolis, MN, for respondents.

ORDER

Considered and decided by the court without oral argument.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 30, 2010, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

BY THE COURT:

/s/David R. Stras
Associate Justice

In re Petition for Disciplinary Action against Terry M. Fitzpatrick WALCOTT, a Minnesota Attorney, Registration No. 213688.

No. A11–224.

Supreme Court of Minnesota.

March 8, 2011.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for reciprocal discipline against respondent Terry M. Fitzpatrick Walcott, who was disbarred by the Florida Supreme Court by order filed on October 29, 2009. The Director has also filed an application for suspension under Rule 12(c)(1), Rules on Lawyers Professional Responsibility, based upon evidence that respondent cannot be found in the state to respond to the petition for reciprocal discipline.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Terry M. Fitzpatrick Walcott be, and the same is, suspended from the practice of law. Within one year from the date of this order, respondent may move the court for vacation of the order of suspension and for leave to answer the petition for disciplinary action. If respondent fails to appear in this matter within one year of the date of filing of this order, the allegations of the petition for disciplinary action shall be deemed admitted.

BY THE COURT:

/s/Alan C. Page
Associate Justice